### IN RE HAMILTON.

(Filed 1 March, 1922.)

**Juvenile Courts—Statutes—Courts.**

PETITION to rehear this case, reported in 182 N. C., 44.

*Tooly & McMullen* for petitioner.
*Ward & Grimes* and *Small, MacLean, Bragaw & Rodman* for respondents.

STACY, J. This case was before us at the last term, and we are now asked by petitioner to reconsider our original decision, upon the ground that in *Atkinson v. Downing*, 175 N. C., 244, and *In re Fain*, 172 N. C., 791, it was suggested by *obiter dicta* that the ruling in *Stokes v. Cogdell*, 153 N. C., 181, might not be held as a controlling authority in future cases of this kind. But on mature reflection, and especially in view of the recent legislative policy as declared in the act creating the juvenile courts (C. S., 5039 *et seq.*), we are of opinion that the position originally announced in this case and as formerly declared in *Stokes v. Cogdell*, *supra*, must be reaffirmed and followed. There is nothing in the case of *In re Warren*, 178 N. C., 43, or in the case of *In re Means*, 176 N. C., 307, which militates against this position.

Petition dismissed.

WALKER, J., dissents.